# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

130458

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SUSAN BARNES SPINK,
      Plaintiff-Appellant,

v

MACSTEEL MICHIGAN and QUANEX
CORPORATION,
      Defendants-Appellees.

SC: 130458
COA: 263140
Jackson CC: 03-005933-CZ

_____/

      On order of the Court, the application for leave to appeal the December 22, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

t0522

_____
Clerk